**Xuan Li ZHENG, Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

No. 02–73656.
Agency No. A73–436–848.

United States Court of Appeals, Ninth Circuit.

Feb. 24, 2004.

Brian Conry, Portland, OR, for Petitioner.

---

Regional Counsel, Laguna Niguel, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, San Francisco, CA, District Counsel, Office of the District Counsel, Portland, OR, Linda S. Wernery, Washington, DC, for Respondent.

Before GOULD, PAEZ, Circuit Judges, and SILVER,* District Judge.

### ORDER

The Respondent's unopposed motion to remand, filed February 17, 2004, is DENIED as moot in light of our concurrently filed memorandum disposition.